IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW TUCKER, JR.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.  4:15cv151-MW/CAS

JUDGES AND CHIEF JUDGES
OF THE UNITED STATES THIRD
CIRCUIT COURT OF APPEAL,

      Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 10 and 11.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's nearly incomprehensible objections, as this Court's opinion.    This cause is **transferred** to the United States Court for New Jersey for all further proceedings.

1

The Clerk shall close the file.

**SO ORDERED on April 2, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
